IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-01623-DFH-TAB |
| | ) |
| SHEILA HEDGE and PAUL POPPE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER ON ENTRY OF DEFAULT**

Plaintiff Allstate Insurance Company, by counsel, COLLIGNON & DIETRICK, P.C., having filed its Motion for Entry of Default, and the Court having examined said Motion and being duly advised in the premises now finds that the same is well taken and therefore grants Plaintiff's Motion.

IT IS THEREFORE ADJUDGED, ORDERED, AND DECREED, that an entry of default is entered against Defendant Sheila Hedge.

DATED:   8/20/08

Distribution:
Jaime E. Lopez
Sheila Hedge
Paul Poppe

Laura A. Briggs, Clerk

BY: *Lana B. Kirly*

Deputy Clerk, U.S. District Court